BARRY J. PORTMAN
Federal Public Defender
GEOFFREY A. HANSEN
Chief Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant WARREN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-0558 MHP |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **SENTENCING DATE** |
| vs. ) | |
| ) | |
| GIOVANNI WARREN, ) | Date: November 02, 2009 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Court: The Honorable Marilyn Hall Patel |
| _____ ) | |

The sentencing in this matter is presently set for Monday, November 02, 2009. Because a new Probation Officer had to be assigned to this case, and this substitution has delayed the preparation of the Presentence Report, the undersigned parties agree that the sentencing in this case should be moved to December 14, 2009, at 9:00 a.m., and that each party's sentencing memorandum shall be filed by December 07, 2009.

**IT IS SO STIPULATED.**

Dated: September 23, 2009           _____/s/_____
                                     GEOFFREY HANSEN
                                     Chief Assistant Federal Public Defender

Stp Continue CR09-558                1

Dated: September 23, 2009

_____
NAT COUSINS
Assistant United States Attorney

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing date in the aforementioned matter set for November 02, 2009, is vacated.  The sentence date shall be continued to December 14, 2009, at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: 9/24/2009

THE HONORABLE
UNITED STATES

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Stp Continue CR09-558                                              2