BARRY J. PORTMAN
Federal Public Defender
GEOFFREY HANSEN
Chief Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant WARREN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-0558 MHP |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO CONTINUE SENTENCING |
| v. ) | HEARING |
| ) | |
| GIOVANNI WARREN, ) | **CURRENT HEARING DATE:** |
| ) | December 14, 2009, at 9:00 a.m. |
| Defendant. ) | |
| ) | **PROPOSED HEARING DATE:** |
| _____ ) | January 25, 2010, at 9:00 a.m. |

1. Mr. Warren is currently scheduled to be sentenced on December 14, 2009.

2. Defense counsel will be out of state on both office and family business from November 15, 2009 until December 5, 2009. Because of his absence, the probation officer cannot complete the pre-sentence report in a timely fashion which will give the parties sufficient time to comment on the report before sentencing. For that reason, a continuance is necessary.

3. Defense counsel and the government have consulted with each other and with the probation officer in this case, and all three parties are available on January 25, 2010. As such, the parties request that the Court continue the sentencing hearing to January 25, 2010.

Stip. & [Proposed] Order to Continue Hearing;
*U.S. v. Warren*, CR 09-558 MHP                1


1       IT IS SO STIPULATED.

2   November 20, 2009                              /s/
3   _____                   _____
    DATED                               GEOFFREY HANSEN
4                                       Chief Assistant Federal Public Defender

5
    November 20, 2009
6                                                   /s/
    _____                   _____
7   DATED                               NAT COUSINS
                                        Assistant United States Attorney
8

9       IT IS SO ORDERED.

10

11

12
    __11/23/2009_____                _____
13  DATED

14

*IT IS SO ORDERED*

*Judge Marilyn H. Patel*

UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA

Stip. & [Proposed] Order to Continue Hearing;
*U.S. v. Warren*, CR 09-558 MHP                2