JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

NATHANAEL M. COUSINS (CABN 177944)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7368
    Facsimile: (415) 436-7234
    E-Mail: nat.cousins@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-0558 MHP |
|     Plaintiff, ) | **STIPULATION TO CONTINUE SENTENCING HEARING TO FEBRUARY 1, 2010 9:00 a.m.** |
|     v. ) | |
| GIOVANNI WARREN, ) | Court: Hon. Marilyn Hall Patel |
|     Defendant. ) | Date:  January 25, 2010<br>Time:  9:00 a.m. |

    Whereas defendant's counsel was unavailable today due to an unforeseen issue, the parties jointly request that the sentencing hearing be continued to February 1, 2010, at 9:00 a.m., or any time after that available to the Court.

Dated: January 25, 2010

                                              Respectfully submitted,

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

                                              /s/ Nat Cousins
                                              _____
                                              NATHANAEL M. COUSINS
                                              Assistant United States Attorney

STIP. TO CONTINUE SENTENCING
*U.S. v. Giovanni Warren*; CR 09-0558 MHP

AGREED.

/s/ AFPD Loren Stewart
for Geoff Hansen

_____
Geoff Hansen
Counsel for Defendant

## ORDER CR 09-0558 MHP

For good cause, the sentencing hearing for Giovanni Warren is continued to February 1, 2010, 9:00 a.m.

Date: _1/26/2010__

IT IS SO ORDERED

Judge Marilyn H. Patel
U.S. District Court Judge

STIP. TO CONTINUE SENTENCING
*U.S. v. Giovanni Warren*; CR 09-0558 MHP     2