UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff - Respondent,<br><br>vs.<br><br>GIOVANNI WARREN,<br><br>      Defendant - Petitioner<br>_____/ | No. CR- 09-00558 MHP<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

      Defendant moves for reconsideration of this court's order entered August 9, 2011, denying his motion for reduction of sentence. He seeks reconsideration or a stay for an upcoming event that may affect the retroactivity holding of this Circuit and other circuits and upon which this court relied. That event has not happened and, therefore, his motion is premature. Accordingly,

      IT IS HEREBY ORDERED that the motion for reconsideration is DENIED.

Date: August 22, 2011

                                                        MARILYN HALL PATEL<br>                                                        United States District Court Judge<br>                                                        Northern District of California